**COX, WOOTTON, LERNER
GRIFFIN & HANSEN LLP**
LYNN L. KRIEGER (SBN 209592)
 LKrieger@CWLFirm.com
 MATTHEW MIHALY (SBN 302697)
 MMihaly@CWLFirm.com
900 Front Street, Suite 350
San Francisco, CA  94111
  Tel: (415) 438-4600
  Fax: (415)438-4601
Attorneys for Plaintiff,
Yang Ming (America) Corporation, As General
Agent For Yang Ming Marine Transport Corporation

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Yang Ming (America) Corporation, as General Agent for Yang Ming Marine Transport Corporation,<br><br>               Plaintiffs,<br><br>        vs.<br><br>Freight Express Shipping Corporation Co., Ltd., a foreign corporation, a California corporation; Does 1 through 10, inclusive<br><br>              Defendants.<br><br>And All Related Cases | Case No.: 5:22-cv-01047-ODW (SPx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge:  Hon. Otis D. Wright II<br><br>**Trial Date: August 26, 2025** |

**TO THIS HONORABLE COURT AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** the parties to this action have reached a settlement of all claims.  Settlement and release documentation will be prepared and the defendants have agreed to fund the settlement within sixty (60) days of execution.

   In order to facilitate such documentation and funding, Plaintiff Yang Ming (America) Corporation, As General Agent For Yang Ming Marine Transport Corporation, respectfully requests that the Court set this matter for an eighty-day (80) conditional dismissal.

| | | |
|---|---|---|
| 1 | DATED: June 16, 2025 | COX WOOTTON LERNER GRIFFIN & HANSEN LLP |
| 2 | | |
| 3 | | By: /s/ Lynn L. Krieger |
| 4 | | Lynn L. Krieger |
| | | Attorneys for Plaintiff, Yang Ming (America) |
| 5 | | Corporation, as General Agent for Yang Ming |
| 6 | | Marine Transport Corporation |

COX, WOOTTON, LERNER, GRIFFIN & HANSEN LLP
900 Front Street, Suite 350
San Francisco, CA 94111
Tel: 415-438-4600
Fax: 415-438-4601