JS-6

# United States District Court
# Central District of California

| | |
|---|---|
| YANG MING AMERICA CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>FREIGHT EXPRESS SHIPPING CORPORATION CO., LTD. et al.,<br><br>    Defendants. | Case № 5:22-cv-01047-ODW (SPx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

|  |  |
|---|---|
| 1 | The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action. Each party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and deadlines. The Clerk of the Court shall close the case. |

**IT IS SO ORDERED.**

November 4, 2025

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE